## MORGAN v. MORGAN

[368 N.C.69 (2015)]

DAVID M. MORGAN, Employee
v.
MORGAN MOTOR COMPANY OF ALBEMARLE, Employer

BRENTWOOD SERVICES, INC., Servicing Agent for the
North Carolina Auto Dealers Association Self-Insurer's Fund

No. 21A14

Filed 11 June 2015

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 752 S.E.2d 677 (2013), affirming an opinion and award filed on 27 August 2012 by the North Carolina Industrial Commission. Heard in the Supreme Court on 22 April 2015.

*Poisson, Poisson & Bower, PLLC, by E. Stewart Poisson and Fred D. Poisson, Jr., for plaintiff-appellant.*

*Teague, Campbell, Dennis & Gorham, L.L.P., by Bruce A. Hamilton and Carla M. Cobb, for defendant-appellees.*

PER CURIAM.

AFFIRMED.